No. 4625.—The Estate of Wilhelm Körber, Inc., aplte., *v.* Gallardo, Tesorero de Puerto Rico.—C. D. San Juan. ▮▮▮▮ Mayo 10, 1929. En este caso las partes están conformes en que la corte inferior cometió los errores que le imputa el apelante debido al largo tiempo transcurrido entre la fecha del juicio y el momento de dictar sentencia, por lo que en apelación se revocó la sentencia apelada, declarándose con lugar la demanda y se ordenó al de-

mandado que devuelva al demandante la suma de $4,633, o sea la diferencia entre lo pagado bajo protesta y la contribución que realmente debió imponerse y cobrarse al demandante en el ejercicio 1924-25.